IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Reverend Franklin C. Reaves, Fannie Melette, | ) | C/A No.:4:04-22206-TLW-TER |
| Lee Melette, Lawan Melette, Betty Davis, Dr. | ) | |
| Treadwell Campbell, Patricia Bennett, Bessie | ) | |
| Woodbury, Sarah Burch, Vestena Reaves, | ) | |
| McRoy Barr, Susan Crawford, Laura M. Fladger, | ) | |
| Violet M. Wade, Nettie M. Mason, | ) | |
| Luther Smith, Jr., Yvonne Harps, | ) | |
| Ellison Alford, Sr., Maeo Brigman, | ) | |
| Bertha McClellan, Elease Smith, Ida Pee, | ) | |
| Betty C. Pernell, Ann M. Pompey, Bettie M. Jones, | ) | |
| James A. Jones, Lewis D. Foxworth, Walter Fore, | ) | |
| Rhonda Y. Fore, Derrick B. Weeks, | ) | |
| Michael E. Baker, Patsy R. Posch, Nacy L. Smith, | ) | |
| Virginia Ellerbee, Jimmie L. Allison, | ) | |
| Rosemary Nelson, Ella C. White, Hattie B. James, | ) | |
| Lewis D. Foxworth. Ernestine G. Reaves, | ) | |
| Willie Miles, Lillie Belle Williams, Melvin Wade, | ) | |
| Ray Von Hodge, Charles Miles, Kay Ron Pitts, | ) | |
| Helissa  Sem, Elease Leonard, Jimmie H. Moore, | ) | **ORDER** |
| Joannie Moore, Nathaniel Gerald, | ) | |
| Walton Trorot, George L. Williams, | ) | |
| Sarah E. Crawford, Charles L. Brown, | ) | |
| Deloris Crawford, David Fore, Mary Gilchrist, | ) | |
| Linda Phillips, Anthony Legette, Rosena Aelson, | ) | |
| Mary Miles, Terry Grant, Leon Grant, | ) | |
| Willie L. Page, Lenneau  Adams, Sharon Adams, | ) | |
| Deloris K. Shaw, Diane B. McCall, | ) | |
| Denise E. Burgess, Lenatrye Mullins, Oleva Reed, | ) | |
| Delores M. Williamson, Xiomara L. Ayarze, | ) | |
| Jerry Mason, Jean T. Grant, Wilbert L. Grant, | ) | |
| Esther S. Brunson, Susanne Grant, | ) | |
| Tommesenia Floyd, Frances S. Huggins, | ) | |
| Esther Rogers, Patricia Singletary, | ) | |
| Elizabeth Torres, April Rogers, Wendy Rogers, | ) | |
| Derrick Davis, Revanish Woodberry, | ) | |
| Kenny Rogers, Mollie Ceasar, and | ) | |
| others similarly situation, | ) | |
| | ) | |

1

|                                                    |     |
|----------------------------------------------------|-----|
| Plaintiffs,                                        | )   |
| vs.                                                | )   |
|                                                    | )   |
| Ulysses S. G. Sweeney, Willie Smith, Tim Moore,    | )   |
| Marion County Democratic Party Executive           | )   |
| Committee, Marion County Election Commission,      | )   |
| South Carolina Democratic Party, South Carolina    | )   |
| Election Commission, The State of South Carolina,  | )   |
|                                                    | )   |
| Defendants.                                        | )   |
|                                                    | )   |

This action has been filed by the plaintiffs, who are proceeding *pro se*. This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that (1) defendant Smith's motion to dismiss (Doc. # 4) be granted; (2) defendant Moore's motion to dismiss (Doc. # 16) be granted; (3) defendant State of South Carolina's motion to dismiss (Doc. # 21) be denied; (4) defendant South Carolina Election Commission's motion to dismiss (Doc. # 7) be denied; and (5) defendant South Carolina Democratic Party's motion to dismiss (Doc. #14) be denied. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

2

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 30), and (1) defendant Smith's motion to

dismiss (Doc. # 4) is **GRANTED**; (2) defendant Moore's motion to dismiss (Doc. # 16) is

**GRANTED**; (3) defendant State of South Carolina's motion to dismiss (Doc. # 21) is **DENIED**; (4)

defendant South Carolina Election Commission's motion to dismiss (Doc. # 7) is **DENIED**; and (5)

defendant South Carolina Democratic Party's motion to dismiss (Doc. #14) is **DENIED**.

    **IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

September 21, 2005
Florence, South Carolina